**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KARI BARS                                                                                                       PLAINTIFF

v.                                               No. 4:11CV00397 JLH

SUMNER GROUP, INC., d/b/a
DATAMAX OFFICE SYSTEMS                                                                   DEFENDANT

## ORDER

The plaintiff's motion to compel Rule 26(f) conference or permit discovery without the conference and for protective order is DENIED.  Document #6.  The Court's initial scheduling order requires that the Rule 26(f) conference occur by July 25, 2011, and it appears that the defendant is willing to have a conference by that date.  The plaintiff wants a conference earlier, but the defendant does not believe that it is practicable to have the conference as soon as the plaintiff desires because defense counsel needs an opportunity to become more thoroughly acquainted with the case, which is reasonable.  While the plaintiff wishes to move this case expeditiously, which is also reasonable, it does not appear from reviewing the moving papers that there is any urgency about this case that distinguishes it from the norm.

IT IS SO ORDERED this 21st day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE