IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KARI BARS                                                                                         PLAINTIFF

v.                                        No. 4:11CV00397 JLH

SUMNER GROUP, INC., d/b/a
DATAMAX OFFICE SYSTEMS                                                    DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of November, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE